1
2
3
4
5
6        **UNITED STATES DISTRICT COURT**
7             **DISTRICT OF NEVADA**

8   UNITED STATES OF AMERICA,        2:18-CR-176-APG-NJK

9            Plaintiff,              **Preliminary Order of Forfeiture**

10      v.

11  STEVEN EDDY DUNHAM,

12           Defendant.

13       This Court finds Steven Eddy Dunham pled guilty to Count One of a One-Count

14  Criminal Indictment charging him with possession of child pornography in violation of 18

15  U.S.C. § 2252A(a)(5)(B). Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 35;

16  Change of Plea, ECF No. 36.

17       This Court finds Steven Eddy Dunham agreed to the forfeiture of the property set

18  forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment.

19  Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 35; Change of Plea, ECF No.

20  36.

21       This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States

22  of America has shown the requisite nexus between property set forth in the Plea Agreement

23  and the Forfeiture Allegation of the Criminal Indictment and the offense to which Steven

24  Eddy Dunham pled guilty.

25       The following property is (1) any visual depiction described in 18 U.S.C. § 2252A, or

26  any book, magazine, periodical, film, videotape, or other matter which contains any such

27  visual depiction, which was produced, transported, mailed, shipped or received in violation

28  of 18 U.S.C. § 2252A(a)(5)(B) and (2) any property, real or personal, used or intended to be

used to commit or to promote the commission of 18 U.S.C. § 2252A(a)(5)(B) or any property traceable to such property, and is subject to forfeiture pursuant to 18 U.S.C. § 2253(a)(1) and 2253(a)(3):

1. Emachine computer model W3410, S/N CRX55-300-03745;

2. Seagate IDE hard drive 100 GB, S/N 4LHOOJZE;

3. PNY 8GB USB Flash Drive;

4. Black and Silver Sanyo Boostmobile Cellular telephone, model SCP-6780, Barcode Dec# 268435459910732944; and

5. Kodak DVD.

(all of which constitutes property).

This Court finds that the United States of America may amend this order at any time to add subsequently located property or substitute property to the forfeiture order pursuant to Fed. R. Crim. P. 32.2(b)(2)(C) and 32.2(e).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Steven Eddy Dunham in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual

2  or entity who claims an interest in the aforementioned property must file a petition for a

3  hearing to adjudicate the validity of the petitioner's alleged interest in the property, which

4  petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. §

5  853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's

6  right, title, or interest in the forfeited property and any additional facts supporting the

7  petitioner's petition and the relief sought.

8    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any,

9  must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas,

10  Nevada 89101, no later than thirty (30) days after the notice is sent or, if direct notice was

11  not sent, no later than sixty (60) days after the first day of the publication on the official

12  internet government forfeiture site, www.forfeiture.gov.

13    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the

14  petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States

15  Attorney's Office at the following address at the time of filing:

16          Daniel D. Hollingsworth
           Assistant United States Attorney
17          James A. Blum
           Assistant United States Attorney
18          501 Las Vegas Boulevard South, Suite 1100
           Las Vegas, Nevada 89101.
19

20    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice

21  described herein need not be published in the event a Declaration of Forfeiture is issued by

22  the appropriate agency following publication of notice of seizure and intent to

23  administratively forfeit the above-described property.

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send

2  copies of this Order to all counsel of record.

3        DATED __December 5_____, 2019.

4

5

6                              _____
                               HONORABLE ANDREW P. GORDON
                               UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

A copy of the foregoing was served upon counsel of record via Electronic Filing on October 9, 2019.

/s/ Heidi L. Skillin
HEIDI L. SKILLIN
FSA Contractor Paralegal