UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-0176-APG-NJK |
|---|---|
| Plaintiff | **Order of Restitution** |
| v. | |
| STEVEN EDDY DUNHAM, | |
| Defendant | |

During the sentencing hearing, the Government presented only one Victim Impact Statement, from the victim of the "Tara Series" of child pornography videos. But neither the Plea Agreement nor the Presentence Investigation Report offers any evidence that defendant Steven Dunham possessed images from the Tara Series. Thus, I have no factual basis upon which to determine "the relative causal significance of the defendant's conduct in producing [the victim's] losses." *Paroline v. United States*, 572 U.S. 434, 460 (2014). *See also*, *United States v Galan*, 804 F.3d 1287, 1291 (9th Cir. 2015) (in calculating restitution in cases involving possession of child pornography, the victim's losses caused by the defendant's actions must be disaggregated from the losses caused by the original abuse).

I THEREFORE ORDER that defendant Steven Dunham is not required to pay restitution in this case.

DATED this 13th day of December, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE