# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | 2:18-CR-176-APG-NJK |
|---|---|
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| STEVEN EDDY DUNHAM, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (b)(2) and 18 U.S.C. § 2253(a)(1) and (a)(3) based upon the plea of guilty by Steven Eddy Dunham to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Steven Eddy Dunham pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 35; Change of Plea, ECF No. 36; Preliminary Order of Forfeiture, ECF No. 38.

This Court finds that on the government's motion, the court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from December 19, 2019, through January 17, 2020, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 42-1, p. 5.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the property named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 2253(a)(1) and 2253(a)(3); and 21 U.S.C. § 853(n)(7) and shall be disposed of according to law:

1. Emachine computer model W3410, S/N CRX55-300-03745;
2. Seagate IDE hard drive 100 GB, S/N 4LHOOJZE;
3. PNY 8GB USB Flash Drive;
4. Black and Silver Sanyo Boostmobile Cellular telephone, model SCP-6780, Barcode Dec# 268435459910732944; and
5. Kodak DVD

(all of which constitutes property).

FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

Dated: July 16, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE