Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**February 9, 2022**

Name of Offender: **Steven Eddy Dunham**

Case Number:  **2:18CR00176**

Name of Sentencing Judicial Officer: **Honorable Andrew P. Gordon**

Date of Original Sentence: **December 12, 2019**

Original Offense: **Possession of Child Pornography**

Original Sentence: **52 Months prison followed by lifetime supervised release**

Date Supervision Commenced: **February 8, 2022**

Name of Assigned Judicial Officer: **Honorable Andrew P. Gordon**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

1. **Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.

## CAUSE

Mr. Dunham released from Bureau of Prisons custody unexpectedly on February 8, 2022. Dunham has no release plan, no employment, and is currently residing at a homeless shelter. The undersigned officer recommends that Mr. Dunham be permitted to reside in a residential reentry center for a period of up to 180 days in order to assist Mr. Dunham with his transition to the community.

RE: Steven Eddy Dunham

Prob12B
D/NV Form
Rev. June 2014

Dunham has signed the probation form 49 waiver of hearing, which is attached for Your Honor's review.

Respectfully submitted,

*Digitally signed by Steve M. Goldner*
*Date: 2022.02.09 14:18:45 -08'00'*

STEVE M. GOLDNER
Senior U.S. Probation Officer

Approved:

*Digitally signed by Ben Johnson*
*Date: 2022.02.09 14:16:59 -08'00'*

BENJAMIN JOHNSON
Supervising U.S. Probation Officer

## THE COURT ORDERS

☐  No Action.

☐  The extension of supervision as noted above.

☑  The modification of conditions as noted above

☐  Other (please include Judicial Officer instructions below):

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

---------------------------------------------------------------------------------

_____
Signature of Judicial Officer

February 10, 2022
Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT

## District of Nevada

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Residential Reentry Center** – You must reside in a residential reentry center for a term of up to 180 days. You must follow the rules and regulations of the center.

Witness: _____  Signed: _____
U.S. Probation Officer                      Probationer or Supervised Releasee
Steve M. Goldner                            Steven Eddy Dunham

Date: 2-9-2022